UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

JOSEPH RAETANO, individually,

        Plaintiff,

v.

Case No.: 8:11-cv-02390-SCB-TGW

STERLING EQUITIES II, LLC, a Florida limited liability company,

        Defendant.
_____

## NOTICE OF SETTLEMENT

Plaintiff, JOSEPH RAETANO, by and through the undersigned counsel, hereby gives the Court notice that the parties have reached a settlement in this matter. The parties are finalizing the settlement documents.

Dated: April 30, 2012.

Respectfully submitted,
/s/ Barbra R. Joyner, Esq.
Barbra R. Joyner, Esq.

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2012, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

Barbra R. Joyner, Esq.
Law Office of Barbra R. Joyner, P.A.
1470 E. Michigan St.
Orlando, FL 32806
Email: bjoyneresq@aol.com
Phone: (407) 481-7997
Fax: (407) 481-7986
Florida Bar. Id. No. 141348

By: /s/ Barbra R. Joyner, Esq.
    Barbra R. Joyner, Esq.